Scot R. WINLOCK, Sr., Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2009–3170.

United States Court of Appeals, Federal Circuit.

April 9, 2010.

Rehearing and Rehearing En Banc Denied July 13, 2010.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD, for petitioner.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36

Thomas E. GAGHAN, Jr., Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2009–3253.

United States Court of Appeals, Federal Circuit.

April 12, 2010.

Joseph J. Chester, Caplan & Chester Law Firm, of Pittsburgh, Pennsylvania, argued for petitioner.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Before MICHEL, Chief Judge, CLEVENGER and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.